UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY №. 15-70287-M-11 |
| | § | |
| EL CHAPARRAL ADULT DAY | § | |
| CARE, LLC | § | CHAPTER 11 |
|     Debtor | § | |

**UNITED STATES OF AMERICA'S (INTERNAL REVENUE SERVICE)
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

    DAVID GUERRA
    Assistant United States Attorney
    1701 W. Business 83, Suite 600
    McAllen, Texas 78501
    (956) 618-8010   (956) 618-8016 (fax)
    David.Guerra@usdoj.gov

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

        Respectfully submitted,

        KENNETH MAGIDSON
        UNITED STATES ATTORNEY

        *//s// David Guerra*
        DAVID GUERRA
        Assistant United States Attorney
        1701 W. Business 83, Suite 600
        McAllen, Texas 78501
        (956) 618-8010
        (956) 618-8016 (fax)
        State Bar No. 08575200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing United States of America's (Internal Revenue Service) Notice of Appearance and Request for Service of Papers was sent to the following, as follows:

| Parties/Attorney(s): | For: | Served by: |
|---|---|---|
| El Chaparral Adult Day Care, LLC<br>1109 N. Jackson Rd.<br>McAllen, TX 78501 | Debtor | via first class mail, postage prepaid and/or email |
| U. S. Trustee<br>606 N. Carancahua<br>Corpus Christi, TX 78476 | Trustee | via first class mail, postage prepaid and/or email |
| U.S. Trustee<br>606 N. Carancahua<br>Corpus Christi, TX 78401 | | via first class mail, postage prepaid and/or email |
| Kelly K. McKinnis<br>Attorney at Law<br>612 Nolana Loop, Ste. 240<br>McAllen, TX 78504 | Attorney for Debtor | via first class mail, postage prepaid and/or email |
| Internal Revenue Service<br>Special Procedures<br>300 E. 8th Street, Stop 5026AUS<br>Austin, TX  78701 | | via first class mail, postage prepaid and/or email |
| Diane W. Sanders<br>Linebarger Goggan Blair<br>P. O. Box 17428<br>Austin, TX 78760 | Attorney for City of McAllen and Hidalgo County | via first class mail, postage prepaid and/or email |

and electronically pursuant to LBR 5005 and Rule 2.C, Admin. Proc. For Electronic Filing or, to those not served electronically, by mailing the Motion via first class mail, postage prepaid to the parties listed on the Certificate of Service on this the 9th day of June, 2015.

/s/ David L. Guerra
DAVID L. GUERRA
Assistant United States Attorney

3